AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DALE JEREMIAH SHALVEY,
TARA AILEEN STOTTLEMYER,
and
KATHARINE HALLOCK MORRISON

Defendant

)
)
)
)
)
)
)

Case No. 1:21-cr-334
Assign to: Judge Timothy J. Kelly
Date: 2/2/2022
Description: SUPERSEDING INDICTMENT (B)
Case Related to 21-cr-334 (TJK)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Katharine Hallock Morrison__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2), 2 – Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(A) – Entering and Remaining on the Floor of Congress
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

Date: __February 2, 2022__

_Robin M. Meriweather_
Issuing officer's signature

City and state: __Washington, DC__

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) __08FEB2022__, and the person was arrested on (date) __16FEB2022__
at (city and state) __Vansuewe, NY__

Date: __16FEB2022__

_Jay Maroney Bread_
Arresting officer's signature

JAY MARONEY BREAD, SPECIAL AGENT
Printed name and title