**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-00334-003-TJK** |
| **KATHARINE HALLOCK MORRISON aka KATE,** | |
| **Defendant.** | |

## GOVERNMENT'S PUBLIC DISCLOSURE OF VIDEO EXHIBITS IN AID OF SENTENCING

Pursuant to the Court's Order of September 8, 2022, the United States hereby submits this

report on the video exhibits supporting its Sentencing Memoranda, ECF No.  107.

| Government's Exhibit No. | Source & description | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| 1 | CCTV showing Morrison circled in blue, Shalvey circled in yellow, Stottlemyer circled in red when they breached the Capitol Building through the Senate Wing door at 2:22 p.m. | 16 seconds | Beginning at 2 seconds | Senate Wing door |
| 2 | CCTV of Morrison, Shalvey, and Stottlemyer advancing to the Crypt at approximately 2:24 p.m. while other rioters packed that area. | 24 seconds | Beginning at 2 seconds | The Crypt |

| Government's Exhibit No. | Source & description | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| 3 | CCTV of the rioters and defendants overrunning the police line in the Crypt. | Defendants appear first at approximately 1:38 minutes of the video towards the right of the screen. | 2 minutes and 59 seconds (2:59) | The Crypt |
| 4 | CCTV of Morrison, Shalvey, and Stottlemyer advancing from the Crypt through the Memorial door to a hallway leading into the Rotunda. | Entire video | 8 seconds | A hallway leading to the Rotunda |
| 5 | CCTV of Morrison and Stottlemyer seconds before they enter the Speaker of the House's Suite to their left. | 2 seconds to 16 seconds | 18 seconds | Hallway outside the Speaker of the House's Suite |
| 6 | CCTV of Morrison, Shalvey, and Stottlemyer in the Rotunda huddled with other rioters. | Defendants first appear in the video at 3 seconds of the video towards the right of the screen. Defendant Shalvey removes stanchions in the Rotunda at approximately 1:24 minutes. At approximately 4:08 minutes, in the upper left of the video, defendants are captured huddling with other rioters. | 6 minutes and 20 seconds (6:20) | The Rotunda |

| Government's Exhibit No. | Source & description | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| 7 | CCTV of Morrison, Shalvey, and Stottlemyer on the second floor of the Capitol Building where Morrison photographed a Senate door and Shalvey searched through the desk outside of the door while Stottlemyer watched Shalvey. | Entire video | 56 seconds | Second floor of the Capitol Building outside the Senate |
| 8 | Recording from the Senate Chamber surveillance camera capturing Morrison, Shalvey, and Stottlemyer entering the Senate Floor and searching for, reviewing, and photographing documents. | <ul><li>Defendants enter the Senate Chamber at 2 seconds of the video.</li><li>Defendants Shalvey and Stottlemyer hug at 33 seconds while Morrison looks at material in an open desk and then holds documents in her hand and shows them to Stottlemyer and Shalvey.</li><li>At 1:47 minutes all three defendants look in open desks, and Shalvey handles documents, while Stottlemyer walks to other desk.</li></ul> | 8 minutes and 55 seconds | Senate Floor |

|  |  | <ul><li>At 3:09 Morrison appears to photograph documents at an open desk while Shalvey and Stottlemyer remain in the Senate Chamber.</li><li>At 3:18 Stottlemyer speaks with Shalvey and points to another Senate desk then she walks to another desk with documents on it and handles and reviews those documents.</li><li>At 3:52 Stottlemyer remains at a Senate desk reviewing documents while Shalvey examines documents at another Senate desk.</li><li>At 4:23 minutes Shalvey holds up a document in his hand for others to review while Stottlemyer and Morrison continue to review documents at other desks.</li></ul> |  |  |

|  |  | Then other rioters, including Stottlemyer huddle around the document. |  |  |
|---|---|---|---|---|
|  |  | • At 5:51 minutes, Morrison is towards the right of the screen reviewing documents in an open desk, while Shalvey and Stottlemyer are actively engaged on their phones standing next to each other while Shalvey has a document in his hand. At 6:07 of the video, Shalvey places a document in his backpack while Morrison continues to review documents and photographs them. |  |  |
|  |  | • At 7:23, Shalvey walks to and approaches the President of the Senate's seating at the front of the Senate and rifles through desks. |  |  |
|  |  | • At 8:02, Stottlemyer and Shalvey use |  |  |

| Government's Exhibit No. | Source & Description | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| | | | their phone. Stottlemyer photographs documents and points to them to Shalvey. Then, Shalvey reviews the documents. | | |
| 9 | This is a video that Morrison recorded of other rioters in the Senate Chamber. | Entire video | 7 seconds | Senate Chamber |
| 10 | This is a video that Morrison recorded of a letter from Senator Romney to Vice-President Pence. | Entire video | 2 seconds | Senate Chamber |
| 11 | This is a video that Morrison recorded of a map of the Capitol. | Entire video | 1 second | Senate Chamber |
| 12 | This is a video that Morrison recorded of a note to the president of the Senate – Vice President Pence. | Entire video | 1 second | Senate Chamber |
| 13 | This is a video that Morrison recorded of CSPAN's television broadcast showing that the Senate was in recess as the | Entire video | 1 second | Senate Chamber |

| Government's Exhibit No. | Source & Description | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| | rioters occupied the Capitol. | | | |
| 14 | A segment of a video from open sources (https://vimeo.com/503397722) of Morrison, Shalvey, and Stottlemyer and other rioters in the Senate Chamber searching for, reviewing, and discussing documents that they thought pertained to the pending Certification. | From start to 33 seconds | 1 minute and 14 seconds | Senate Chamber |

The government believes that all such video exhibits may be made publicly available without restriction.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes United States
Attorney's Office
For the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov

9