# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KATHARINE MORRISON,

        Defendant.

**0090 1:21CR00334-003 (TJK)**

**PETITION TO MODIFY TERMS & CONDITIONS OF SUPERVISED RELEASE**

       JEFFREY L. CICCONE, Assistant Federal Public Defender, attorney for Katharine Morrison, respectfully submits this petition to modify the terms and conditions of Ms. Morrison's supervised release.

       Katharine Morrison was charged on February 2, 2022, in a Fourth Superseding Indictment, along with codefendants Dale Jeremiah Shalvey and Tara Aileen Stottlemyer.  Docket #48.  On October 3, 2022, Ms. Morrison pled guilty to Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §1512(c)(2) and 2.  The plea was entered pursuant to a written plea agreement.  Docket #72.  The parties appeared before the Court for sentencing on May 11, 2023.  Ms. Morrison was sentenced to a term of 8 months in custody, followed by 24 months of supervised release.  The conditions of supervised release included a requirement that Mr. Morrison serve 8 months in home detention, to be monitored by the Location Monitoring Program.  Docket #116.  Ms. Morrison has completed her term of incarceration and is currently serving the home detention portion of her sentence.  She is currently scheduled to complete home detention on September 3, 2024.

       The United States Supreme Court recently issued a decision in *Fischer v. United States*, __ S.Ct. __, 2024 WL 3208034 (June 28, 2024) addressing the constitutionality of 18 U.S.C. §1512(c).

According to the Court, to establish a violation of §1512(c), the government must demonstrate that the defendant impaired records, documents, objects, or other things used in an official proceeding.

Ms. Morrison has filed a motion, pursuant to 28 U.S.C. §2255, to vacate or set aside her conviction and sentence because the government failed to make the factual showing articulated in *Fischer*.  Docket #133.

The defense hereby respectfully requests that the Court modify Ms. Morrison's conditions of release by removing the home detention and location monitoring conditions pending a ruling on her motion to vacate.


Date:   July 3, 2024                              /s/Jeffrey L. Ciccone_____

                                                 Assistant Federal Public Defender
                                                 Federal Public Defender's Office
                                                 28 East Main Street, Suite 400
                                                 Rochester, New York 14614
                                                 (585)262-6201
                                                 Jeffrey_Ciccone@fd.org
                                                 Attorney for Katharine Morrison